CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT FROM OCTOBER 12, 1908, TO FEBRUARY 23, 1909.

No. 576. IN THE MATTER OF WILLIAM BUCKLEY, APPELLANT. Appeal from the Circuit Court of the United States for the Northern District of California. October 13, 1908. Docketed and dismissed on motion of *Mr. Frederick S. Tyler* for the appellee. *Mr. Frederick S. Tyler* and *Mr. U. S. Webb* for appellee. No one opposing.

---

No. 1: C. F. AINSWORTH ET AL., INTERVENORS, APPELLANTS, *v.* JOHN M. EVANS ET AL. Appeal from the Supreme Court of the Territory of Arizona. October 13, 1908. Dismissed with costs on motion of counsel for the appellants. *Mr. James H. Beal* for appellants. *Mr. Walter Bennett* for appellees.

---

No. 105. AMERICAN FELT COMPANY, PLAINTIFF IN ERROR, *v.* GARRETT W. SCOLLARD, COLLECTOR OF TAXES OF BOSTON, MASS. In error to the Supreme Judicial Court of the State of Massachusetts. October 13, 1908. Dismissed per stipulation. *Mr. Hollis R. Bailey* for plaintiff in error. *Mr. Thomas M. Babson* for defendant in error.